JAMES G. DAVIS, DIRECTOR GENERAL OF RAILROADS AND AGENT AP-
POINTED BY THE PRESIDENT OF THE UNITED STATES PURSUANT
TO THE TERMS OF THE TRANSPORTATION ACT OF 1920.

*v.*

STATE OF ILLINOIS.

*Opinion filed May 9, 1922.*

FREIGHT CHARGES—*liability of State.* The State is liable for freight
charges for transportation of coal by claimant to State Institution.

Edward J. Brundage, Attorney General, for State.

This is a claim of James G. Davis, Director General of Railroads
and agent appointed by the President of the United States pursuant to
the terms of the Transportation Act of 1920, for freight charges for
transportation of coal during March and April 1918, over C. P. & St.
L. R. R. to Illinois School for the Deaf, Jacksonville, Illinois, in the
sum of two hundred eighty-eight and 65/100 ($288.65) dollars. No ob-
jection or defense of the claim is interposed by or on behalf of the State
and the Attorney General representing defendant, consents to an award
herein in the sum of two hundred eighty-eight and 65/100 ($288.65)
dollars.

We therefore award the claimant the sum of two hundred eighty-
eight and 65/100 ($288.65) dollars.